# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CW 10-918 consolidated with 10-1281

ROGER CLARK

VERSUS

DANNY CLARK AND GREAT LAKES REINSURANCE (UK), PLC

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2009-3958
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

**********

**MARC T. AMY
JUDGE**

**********

Court composed of Marc T. Amy, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.

**WRIT GRANTED. REVERSED IN PART; MOTION FOR NEW TRIAL GRANTED AND MADE PEREMPTORY; DEFAULT JUDGMENT REVERSED AND VACATED IN PART; REMANDED.**


Sidney W. Degan, III
James A. Rowell
Travis L. Bourgeois
Carolyn C. Kolbe
Degan, Blanchard & Nash
400 Poydras Street, Suite 2600
New Orleans, LA 70130
(504) 529-3333
COUNSEL FOR DEFENDANT/APPLICANT:
    Great Lakes Reinsurance (UK), PLC


Joseph H. Jolissaint
201 Napoleon Street
Baton Rouge, LA 70802
(225) 757-5600
COUNSEL FOR PLAINTIFF/RESPONDENT:
    Roger Clark

AMY, Judge.

This matter was consolidated for review with an appeal lodged by the relator, Great Lakes Reinsurance (UK) PLC. For discussion and disposition of the companion appeal, *see Roger Clark v. Danny Clark and Great Lakes Reinsurance Company*, 10-1281 (La.App. 3 Cir. _/_/11), __ So.3d __.

**WRIT GRANTED. REVERSED IN PART; MOTION FOR NEW TRIAL GRANTED AND MADE PEREMPTORY; DEFAULT JUDGMENT REVERSED AND VACATED IN PART; REMANDED.**